IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REGINALD U. FULLARD, )
)
      Plaintiff, )
)
v. ) 1:15CV16
)
TWANDA STALEY, )
)
      Defendant(s). )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on January 29, 2015, was served on the parties in this action. (ECF Nos. 3, 4.) Petitioner objected to the Recommendation. (ECF No. 5.)

The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a *de novo* determination which is in accord with the Magistrate Judge's Recommendation. The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action be DISMISSED pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 29th day of November, 2016.

                                            /s/ Loretta C. Biggs
                                     United States District Judge